IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KEITH HERT )
) No. 3-13-0619
v. )
)
NISSAN NORTH AMERICA, INC. )

O R D E R

Pursuant to the order entered May 20, 2014 (Docket Entry No. 13), a settlement conference was held on July 1, 2014, at the conclusion of which the parties were able to reach a resolution of the case.

By July 28, 2014, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the parties' agreed order of dismissal to be filed no later than July 28, 2014.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge